UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE TAYLOR,

    Plaintiff,

v.

CORIZON MEDICAL
CORPORATION and THE
MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendants.

Case No. 2:17-cv-12271
District Judge David M. Lawson
Magistrate Judge Anthony P. Patti

_____/

## ORDER DENYING PLAINTIFF'S SUCCESSIVE MOTION FOR APPOINTMENT OF COUNSEL (DE 45) AS MOOT

Plaintiff, Maurice Taylor, a state inmate who is proceeding without the assistance of counsel, filed this action on July 11, 2017, along with an application to proceed *in forma pauperis*, naming as Defendants Corizon Medical Corporation ("Corizon") and the Michigan Department of Corrections (MDOC). (DEs 1, 2.) In his complaint, Plaintiff alleges that he is not receiving adequate medical care for his glaucoma and cataracts, and he asserts claims for deliberate indifference to his serious medical needs against Corizon and the MDOC. (DE 1 at 3.)

On April 23, 2018, Plaintiff filed his "Successive Motion for Appointment of Counsel," requesting that the Court reconsider its denial of his prior motion for appointment of counsel. (DE 45.) Plaintiff's motion is denied as moot because the

relief sought has already been granted by the Court in its April 17, 2018 Order conditionally granting Plaintiff's request for recruitment of counsel, which apparently crossed this successive motion in the mail. (DE 42.) That Order remains in effect and the Court's efforts to recruit counsel for Plaintiff shall continue.

**IT IS SO ORDERED.**

Dated: April 24, 2018
s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on April 24, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti