UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE TAYLOR,

       Plaintiff,

v.

CORIZON MEDICAL
CORPORATION and THE
MICHIGAN DEPARTMENT OF
CORRECTIONS,

       Defendants.
_____/

Case No. 2:17-cv-12271
District Judge David M. Lawson
Magistrate Judge Anthony P. Patti

**<u>STATUS CONFERENCE ORDER (1) GRANTING CORIZON'S MOTION TO COMPEL DISCOVERY SEEKING EXECUTION OF A MEDICAL AUTHORIZATION FORM (DE 30); (2) DIRECTING THE PARTIES TO NOTIFY THE COURT REGARDING MEDIATION BY JUNE 13, 2018; (3) ORDERING MDOC TO RELEASE MEDICAL RECORDS EXPEDITIOUSLY; and (4) ADDRESSING BRIEFING SCHEDULE</u>**

Plaintiff, Maurice Taylor, a state inmate who is proceeding without the assistance of counsel, filed this action on July 11, 2017, along with an application to proceed *in forma pauperis*, naming as Defendants Corizon Medical Corporation ("Corizon") and the Michigan Department of Corrections (MDOC).[1] (DEs 1, 2.) In his complaint, Plaintiff alleges that he is not receiving adequate medical care for

---

[1] Defendant MDOC has subsequently been dismissed with prejudice. (DEs 41, 44.)

his glaucoma and cataracts, and he asserts claims for deliberate indifference to his serious medical needs. (DE 1 at 3.)

On May 2, 2018, the Court held a status conference with the parties, with Plaintiff appearing via videoconference and attorney Carly A. Van Thomme appearing in person for Corizon. At that time, the Court addressed Corizon's request for Plaintiff's execution of medical authorization forms, and ordered that Plaintiff must execute authorizations for release of his complete medical records from the MDOC to counsel for Corizon. The Court further discussed with the parties whether they would agree to consider mediation of this matter a part of the Court's early mediation for *pro se* prisoner civil rights cases program.

Accordingly, as discussed during the status conference:

1. Defendant Corizon will send an Authorization for Disclosure of Health Information form to Plaintiff, for release of Plaintiff's complete health record from the MDOC to Chapman Law Group, by **Wednesday, May 2, 2018**;

2. Plaintiff will execute and return the Authorization for Disclosure of Health Information form to counsel for Defendant by **Wednesday, May 16, 2018;**

3. The MDOC shall thereafter release the records sought in the executed Authorization for Disclosure of Health Information form to counsel for Corizon within **two weeks** of receiving the authorization;

4. Plaintiff and counsel for Corizon must notify the Court by **Wednesday, June 13, 2018** whether they will agree to pursue early mediation of this matter; and

5. Plaintiff will not be required to respond to Defendant's pending motion to dismiss (DE 28) until the Court issues a definitive briefing schedule.

   **IT IS SO ORDERED.**

Dated: May 3, 2018

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on May 3, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti