UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE TAYLOR,

        Plaintiff,                        Case Number 17-12271

v.                                                  Honorable David M. Lawson
                                                      Magistrate Judge Anthony P. Patti

CORIZON MEDICAL CORPORATION,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUESTS FOR PRELIMINARY INJUNCTIVE RELIEF

Presently before the Court is the report issued on May 10, 2018 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b), recommending that the Court deny without prejudice the plaintiff's motions to expedite surgery and for relief sought. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #49] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motions to expedite surgery [dkt. #24] and for relief sought [dkt. #34] are **DENIED WITHOUT PREJUDICE**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: May 30, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 30, 2018.

s/Susan Pinkowski
SUSAN PINKOWSKI